UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JILL BRIEN, ET AL.**          CIVIL ACTION

**VERSUS**                       NO. 16-723

**WESTIN HOTEL COMPANY, ET AL.** SECTION "B"(2)

### FINAL JUDGMENT

Before the Court is Plaintiffs' Motion for Approval of Minor's Settlement (R. Doc. 10) filed under seal pursuant to the Court's Order (R. Doc. 11). The Motion came on for hearing on May 25, 2016. Plaintiffs were represented by Alexandra E. Mora, and Defendant, Interstate Management Company, LLC, was represented by Thomas A. Rayer, Jr.

After reviewing the Motion and the confidential Release and Indemnity Agreement attached thereto and considering the law, facts and arguments and representations of counsel, the Court hereby **GRANTS** Plaintiffs' Motion for Approval of Minor's Settlement and **APPROVES** the minor's settlement set forth in the Motion for Approval of Minor's Settlement and the confidential Release and Indemnity Agreement attached thereto.

**IT IS FURTHER ORDERED** that all claims and demands in the captioned matter be and are hereby **DISMISSED with prejudice**, each party to bear their or its own respective costs and fees.

New Orleans, Louisiana, this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE